1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  JEROME PRICE, Bar #282400
3  Assistant Federal Defender
   Designated Counsel for Service
4  2300 Tulare Street, Suite 330
   Fresno, California  93721-2226
5  Telephone: (559) 487-5561

6
   Counsel for Defendant
7  JESUS BARAJAS

8

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,    ) Case No.  6:13-mj-00110 MJS-1
12 |                              )
   |        *Plaintiff,*          )
13 |                              ) STIPULATION FOR SUPPLEMENTAL
   |   vs.                        ) JUDGMENT; ORDER
14 |                              )
15 | JESUS BARAJAS,               ) Judge:  Hon. Michael J. Seng
   |                              )
16 |        *Defendant.*          )
   |                              )
17

18     On November 5, 2013, Defendant, Jesus Barajas, appeared for arraignment and sentencing
19
   before this Court.  The Minutes were entered on November 5, 2013.  The parties were directed to
20
21 file this stipulation setting out the dates defendant shall surrender to serve weekend custody.

22     THE PARTIES HEREBY STIPULATE to the following proposed supplemental judgment

23 regarding the dates that Mr. Barajas shall surrender.

24     IT IS HEREBY THE JUDGMENT of this Court that Defendant, Jesus Barajas, will serve
25
   a total of 20 days in the custody of the Bureau of Prisons to be served on the weekends as
26
27 specified below:

28 ///

1. January 24, 2014 at 6:00 p.m. to January 26, 2014 at 6:00 p.m.

2. January 31, 2014 at 6:00 p.m. to February 2, 2014 at 6:00 p.m.

3. February 7, 2014 at 6:00 p.m. to February 9, 2014 at 6:00 p.m.

4. February 14, 2014 at 6:00 p.m. to February 16, 2014 at 6:00 p.m.

5. February 21, 2014 at 6:00 p.m. to February 23, 2014 at 6:00 p.m.

6. February 28, 2014 at 6:00 p.m. to March 2, 2014 at 6:00 p.m.

7. March 7, 2014 at 6:00 p.m. to March 8, 2014 at 6:00 p.m.

All remaining terms and conditions of the sentence shall remain in full force and effect.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: November 21, 2013           By:   /s/ *Susan St. Vincent*
                                          SUSAN ST. VINCENT
                                          Acting Legal Officer
                                          National Park Service

                                          HEATHER E. WILLIAMS
                                          Federal Defender

DATED: November 21, 2013           By:   /s/ *Jerome Price*
                                          JEROME PRICE
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          JESUS BARAJAS

**ORDER**

IT IS SO ORDERED.

Dated: November 21, 2013          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE