HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JEROME PRICE, Bar #282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
JESUS BARAJAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  6:13-mj-00110 MJS-1 |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | STIPULATION FOR SUPPLEMENTAL |
| vs. | ) | JUDGMENT; ORDER |
| | ) | |
| JESUS BARAJAS, | ) | Judge:  Hon. Michael J. Seng |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

On November 5, 2013, Defendant, Jesus Barajas, appeared for arraignment and sentencing

before this Court.  The Minutes were entered on November 5, 2013.  The parties were directed to

file this stipulation setting out the dates defendant shall surrender to serve weekend custody.

THE PARTIES HEREBY STIPULATE to the following proposed supplemental judgment

regarding the dates that Mr. Barajas shall surrender.

IT IS HEREBY THE JUDGMENT of this Court that Defendant, Jesus Barajas, will serve

a total of 20 days in the custody of the Bureau of Prisons to be served on the weekends as

specified below:

/ / /

1.  January 24, 2014 at 6:00 p.m. to January 26, 2014 at 6:00 p.m.

2.  January 31, 2014 at 6:00 p.m. to February 2, 2014 at 6:00 p.m.

3.  February 7, 2014 at 6:00 p.m. to February 9, 2014 at 6:00 p.m.

4.  February 14, 2014 at 6:00 p.m. to February 16, 2014 at 6:00 p.m.

5.  February 21, 2014 at 6:00 p.m. to February 23, 2014 at 6:00 p.m.

6.  February 28, 2014 at 6:00 p.m. to March 2, 2014 at 6:00 p.m.

7.  March 7, 2014 at 6:00 p.m. to March 8, 2014 at 6:00 p.m.

All remaining terms and conditions of the sentence shall remain in full force and effect.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED:  November 21, 2013          By:   /s/ *Susan St. Vincent*
                                         SUSAN ST. VINCENT
                                         Acting Legal Officer
                                         National Park Service

                                         HEATHER E. WILLIAMS
                                         Federal Defender

DATED:  November 21, 2013          By:   /s/ *Jerome Price*
                                         JEROME PRICE
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         JESUS BARAJAS

**ORDER**

IT IS SO ORDERED.

Dated:  November 21, 2013          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE

BARAJAS / Proposed Stipulation                    2