# United States District Court

## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| JESUS BARAJAS | Case Number: **6:13-MJ-00110-MJS** |
| | JEROME PRICE |
| | Defendant's Attorney |

**THE DEFENDANT:**

[✔]  pleaded guilty to count(s): <u>ONE</u>.

[ ]  pleaded nolo contendere to counts(s) ____ which was accepted by the court.

[ ]  was found guilty on count(s) ____ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 CFR 4.2/CVC 14601.1 (a) | Driving on a Suspended D.L. | August 11, 2013 | One |

The defendant is sentenced as provided in pages 2 through __ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on counts(s) ____ and is discharged as to such count(s).

[ ]  Count(s)__ are dismissed on the motion of the United States.

[ ]  Indictment is to be dismissed by District Court on motion of the United States.

[ ]  Appeal rights will be addressed in a separate Court Order.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

CASE NUMBER: 6:13-mj-110-MJS                                            Judgment - Page 2 of 4

DEFENDANT: JESUS BARAJAS

November 5, 2013
Date of Imposition of Judgment

/s/ MICHAEL J. SENG
Signature of Judicial Officer

**MICHAEL J. SENG**, United States Magistrate Judge
Name & Title of Judicial Officer

November 5, 2013
Date

CASE NUMBER: 6:13-MJ-0110-MJS  Judgment – Page 3 of 4

DEFENDANT:            JESUS BARAJAS

## SPECIAL CONDITIONS OF UNSUPERVISED PROBATION

The defendant shall be on UNSUPERVISED PROBATION for a term of  12 MONTHS.

1. Pursuant to 18 USC 3563 (b)(10), The defendant to the custody of the United States Bureau of Prisons to be imprisoned for a total term of twenty (20).

2. The defendant shall surrender to the U.S. Marshall at 2:00 PM on January 24, 2014.

3. The defendant shall obey all laws.

4. The defendant shall report all new law violations to the Court through Counsel.